IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ROY KING,                          )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    1:23-cv-492
                                   )
RICHMOND COUNTY TAX ASSESSOR,      )
and TAX ASSESSMENT OFFICE OF       )
RICHMOND COUNTY,                   )
                                   )
          Defendants.              )
```

## ORDER

On April 4, 2024 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 4, 6.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** for lack of subject matter jurisdiction and this action is hereby **DISMISSED.**

A Judgment dismissing this action will be filed contemporaneously herewith.

This the 3rd day of July, 2024.

_____
United States District Judge